**Juana CONTRERAS–RODRIGUEZ, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

**No. 02–72089.**

United States Court of Appeals, Ninth Circuit.

Submitted June 14, 2004.*

Decided June 24, 2004.

Charles E. Nichol, Esq., Law Office of Charles E. Nichol, San Francisco, CA, for Petitioner.

Regional Counsel, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, James A. Hunolt, Esq., Emily A. Radford, Esq., U.S. Department of Justice, Washington, DC, for Respondent.

Before: HALL, LEAVY and FISHER, Circuit Judges.

* This panel unanimously finds this case suit-    able for decision without oral argument. *See*

MEMORANDUM **

Juana Contreras–Rodriguez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") summary affirmance of an Immigration Judge's ("IJ") denial of her applications for asylum and withholding of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252, and we deny the petition for review.

We reject Contreras–Rodriguez's challenge to the denial of her asylum application on the merits. Substantial evidence supports the IJ's determination that Contreras–Rodriguez failed to provide direct and specific evidence supporting a reasonable fear of persecution. *See Melkonian v. Ashcroft*, 320 F.3d 1061, 1065 (9th Cir.2003).

By failing to qualify for asylum, Contreras–Rodriguez necessarily fails to satisfy the more stringent standard for withholding of removal. *See Alvarez–Santos v. INS*, 332 F.3d 1245, 1255 (9th Cir.2003).

Contreras–Rodriguez's challenge to the BIA's summary affirmance procedure is foreclosed by *Falcon Carriche v. Ashcroft*, 350 F.3d 845, 850–51 (9th Cir.2003).

Pursuant to *Desta v. Ashcroft*, 365 F.3d 741 (9th Cir.2004), Contreras–Rodriguez's motion for stay of removal included a timely request for stay of voluntary departure. Because the stay of removal was continued based on the government's filing of a notice of non-opposition, the voluntary departure period was also stayed, nunc pro tunc, to the filing of the motion for stay of removal and this stay will expire upon issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

